Judge Benjamin H. Settle
Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Petitioner,

    v.

ERIK SIGURDSON,

    Respondent.

No. MC14-5009-BHS-JRC

ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; and the Court being fully advised in the premises; now, therefore, it is hereby

//

//

//

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 1
(MC14-5009-BHS-JRC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons be and hereby is GRANTED and the above-captioned action be and hereby is DISMISSED.

DATED this 11th day of September, 2014.

J. Richard Creatura
United States Magistrate Judge

Presented by:

JENNY A. DURKAN
United States Attorney

 /s/ Christina Fogg
Christina Fogg, WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone No.:  (206) 553-7970
Fax No.: (206) 553-4067
E-mail:  christina.fogg@usdoj.gov

ORDER GRANTING U.S.' WITHDRAWAL OF
PETITION TO ENFORCE IRS SUMMONS - 2
(MC14-5009-BHS-JRC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970